

## Extraction Report - Apple iOS Full File system


www.cellebrite.com

Data Files (1)

Images (1)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|-----------|--|----------------------|--|-----------|---------|
| 1 | **Name:** | 302FFF06-38F3-4D76-B583-2848319F759C.JPG | **Size (bytes):** | 1489888 | | |
| | **Path:** | 00008140-0006658C1ED2801C_files_full.zip/ private/var/mobile/Media/PhotoDat a/Mutations/PhotoData/CPLAssets/ group293/302FFF06-38F3-4D76-B583-2848319F759C/Adjustments/302F FF06-38F3-4D76-B583-2848319F759C.JPG | **Created:** | 3/22/2025 10:33:21 PM(UTC+0) | | |
| | | | **Modified:** | 3/22/2025 10:33:52 PM(UTC+0) | | |
| | | | **Accessed:** | 3/22/2025 10:48:02 PM(UTC+0) | | |
| | | | **Source file** | 00008140-0006658C1ED2801C_files_full.zip/ private/var/mobile/Media/PhotoDat a/Mutations/PhotoData/CPLAssets/ group293/302FFF06-38F3-4D76-B583-2848319F759C/Adjustments/302F FF06-38F3-4D76-B583-2848319F759C.JPG : 0x0 (Size: 1489888 bytes) | | |
| | **MD5:** | 280f71fb5704e0295aa1e852659e6 f02 | | | | |
| | | | Meta Data: | | | |
| | | | **Camera Make:** | Apple | | |
| | | | **Camera Model:** | iPhone 15 Pro Max | | |
| | | | **Capture Time:** | 1/16/2025 4:52:57 PM | | |
| | | | **Pixel resolution:** | 1536x2048 | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | |
| | | | **Orientation:** | Horizontal (normal) | | |
| | | | **Lat/Lon:** | 43.146633 / -77.547698 | | |