UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

DILBAR GUL DILBAR, aka
 DILBAR GUL TAJ ALI KHAN,

           Defendant.

_____

                     **25-MR-6065-FPG**

                  **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as additional counsel of record in this case for Defendant, Dilbar Gul Dilbar, a/ka Dilbar Gul Taj Ali Khan.

           DATED:      Buffalo, New York, June 2, 2025.

                     Respectfully submitted,

                     **/s/ Timothy P. Murphy**
                     Timothy P. Murphy
                     Assistant U.S. Attorney
                     Federal Public Defender's Office
                     300 Pearl Street, Suite 200
                     Buffalo, New York 14202
                     (716) 551-3341; FAX: 551-3346
                     Timothy_murphy@fd.org

TO:    Meghan K. McGuire
        Assistant United States Attorney