Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:

United States v.

DILBAR

Docket No.: 25-MR-6065

Hon. Frank P. Geraci, Jr.
(District Court Judge)

Notice is hereby given that Dilbar Gul Dilbar appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] Order of Detention (specify) entered in this action on May 29, 2025 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✓].

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Timothy P. Murphy, AFPD
Counsel's Address: Federal Public Defender's Office
300 Pearl Street, Suite 200, Buffalo, NY, 14202
Counsel's Phone: 716-551-3341

Assistant U.S. Attorney: Meghan K. McGuire, AUSA
AUSA's Address: United States Attorney's Office
100 State Street, Suite 500, Rochester, NY, 14614
AUSA's Phone: 585-399-3920

/s/ Timothy P. Murphy
Signature