W.D.N.Y.
25-mr-6065
Geraci, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

─────────────

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Present:

      Richard J. Sullivan,
      Michael H. Park,
      Steven J. Menashi,
          *Circuit Judges.*

─────────────────────────────

United States of America,

        *Appellee*,

    v.                                                                 25-1444

Dilbar Gul Dilbar, AKA Dilbar Gul Taj Ali Khan,

        *Defendant-Appellant*.

─────────────────────────────

Appellant Dilbar Gul Dilbar moves pursuant to Federal Rule of Appellate Procedure 9(a) to stay enforcement of and vacate the district court's order entered on May 29, 2025 that remanded him to custody pending trial.   The government opposes the motion.

Upon due consideration, it is hereby ORDERED that the May 29, 2025 order of the district court is AFFIRMED and the motion for a stay and vacatur of the district court's order is therefore DENIED as moot.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe—Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/29/2025